UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elaine Samuels, on behalf of her son, R. J., a minor,

Plaintiff,

vs.

Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,

Defendants.

Court File: 02-CV-474 (JRT/SRN)

**STIPULATION AND PROTECTIVE ORDER**

Plaintiff has requested a copy of the City of Brooklyn Park Police Department's Confidential Administrative Investigation, File No. 01-04. This investigation concerned Officer William Barritt's involvement in the incident described in Plaintiff's Complaint. This file is classified as private data under the Minnesota Government Data Practices Act and cannot be disclosed without a Court Order. Under the circumstances, the parties agree the investigative file should be subject to a Protective Order and request the Court to issue the attached Order.

JAN 1 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 10, 2003

FLYNN, GASKINS & BENNETT

By____________________________
Robert Bennett, I.D. #6713
Attorneys for Plaintiffs
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
Telephone: (612) 333-9500

CANDLIN & HECK

By____________________________
Terri L. Hommerding, I.D. #142670
Attorney for Defendants Independent School District No. 279 and Lorenzo Bronson
3800 West 80th Street, #1500
Bloomington, MN 55431
Telephone: (952) 835-0123

IVERSON REUVERS, LLC

By____________________________
Paul D. Reuvers, I.D. #217700
Attorneys for Defendants City of Brooklyn Park Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438
Telephone: (952) 548-7200

**PROTECTIVE ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED:**

1. That counsel for the City of Brooklyn Park produce to other counsel of record a complete copy of the City of Brooklyn Park Police Department's Confidential Administrative Investigation, File No. 01-04, subject to this Protective Order.

2. That the use of all private data is limited to this case and shall not be disseminated by the parties or their counsel to anyone outside of this case.

3. That all copies of these documents shall be returned to the City of Brooklyn Park's counsel of record at the conclusion of these proceedings.

Dated:

BY THE COURT:

Susan Richard Nelson
United States Magistrate Judge

JAN.10.2003 09:58 612 333 9557 FLYNN,GASKINS&BENNETT,LLP #1540 P.004/004

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.