UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elaine Samuels, on behalf of her son, R. J., a minor,

Plaintiff,

vs.

Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,

Defendants.

Court File: 02-CV-474 (JRT/SRN)

**ORDER**

---

Based upon all of the files, records and proceedings herein, the Court, being duly advised in the premises, makes the following Order:

**IT IS HEREBY ORDERED:**

1. There is no just reason for delay in the entry of final judgment based on the Court's Order of December 8, 2003, pursuant to Federal Rule of Civil Procedure 54(b).

2. That the Clerk of Court is hereby directed to enter judgment consistent with the Court's prior Order granting the Motion for Summary Judgment of the City of Brooklyn Park Defendants, dated December 8, 2003.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY PURSUANT TO RULE 54(B).**

Dated: Dec. 15, 2003.

BY THE COURT:

John R. Tunheim
Judge of U.S. District Court

FILED DEC 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK