AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Elaine Samuels, on behalf of her son, R.J., a minor

V.

City of Brooklyn Park and W. Barritt, professionally and individually

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-474JRT/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that consistent with prior order granting motion for summary judgment of the City of Brooklyn Park and W. Barritt dated 12/8/03, judgment is entered.

December 15, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk

Modified:03/10/03