UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

---

Elaine Samuels, on behalf of her son, R.J., a minor,

Plaintiffs,

v.

Independent School District #279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,

Defendants.

Case No. 02-CV-474 JRT/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective attorneys, that the same is hereby dismissed on the merits and with prejudice, but without further costs and disbursements to any of the parties hereto.

**Attorney for Plaintiff:**

Dated:

Robert Bennett, Esq. #6713 Eric Hageman #258150
Flynn, Gaskins & ~~Bennett~~
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
612-333-9500

**Attorney for Defendant(s):**

Dated:

Terri L. Hommerding, #142670
Attorney for Defendants
Lawson Commons
380 St. Peter St., Suite 603
St. Paul, MN 55102-1313
651-221-7762

FILED APR 0 9 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK