**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Elaine Samuels on behalf of her son, R.J., a minor,**

**Plaintiff,**

**v.**

**Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,**

**Defendants.**

**Civil No. 02-474 (JRT/SRN)**

**ORDER FOR DISMISSAL**

---

Robert Bennett and Eric Hageman, FLYNN, GASKINS & BENNETT, 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for plaintiffs

Terri L. Hommerding, CANDLIN & HECK, 380 St. Peter Street, Suite 603, St. Paul, MN 55102, for defendants ISD #279 and Bronson.

The Court, having reviewed all the files, records, and proceedings herein and being duly advised in the premises, does hereby make and enter the following Order:

IT IS HEREBY ORDERED that the Summons and Complaint is dismissed with prejudice pursuant to the Stipulation and agreement of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 9, 2004

s/John R. Tunheim
John R. Tunheim
United States District Court Judge