UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elaine Samuels, on behalf of her son, R. J., a minor,

Plaintiff,

vs.

Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,

Defendants.

Court File: 02-CV-474 (JRT/SRN)

**AFFIDAVIT OF PAUL D. REUVERS**

---

STATE OF MINNESOTA)
)ss.
COUNTY OF DAKOTA )

Paul D. Reuvers, being duly sworn upon oath, does hereby depose and state that:

1. I am the attorney for defendants in the captioned matter.

2. That the business and occupation of judgment debtor Elaine Samuels is as follows:

   Administrative Assistant for Medtox Laboratory.

3. That the place of residence of said judgment debtor is as follows:

   Elaine Samuels
   6532 Edgewood Avenue North
   Brooklyn Park, MN 55428

4. That attached as Exhibit A is a copy of the Judgment dated April 9, 2004.

4. That the following costs were incurred by our office in defending this action:

## DEPOSITION AND WITNESS FEES

| | | |
|---|---|---|
| A. | Deposition transcript fee for Darrell Dean Maloney and Lorenzo Artiz (Exhibit B) | $227.00 |
| B. | Deposition transcript fee for Richard Johnson and Elaine Samuels (Exhibit C) | $238.36 |
| C. | Deposition transcript fee for William Brent Barritt (Exhibit D) | $252.00 |

## DISBURSEMENTS FOR PRINTING

| | | |
|---|---|---|
| C. | Photocopying of 1092 pages at $0.25 | $273.00 |

## DOCKET FEES UNDER 28 U.S.C. 1923

| | | |
|---|---|---|
| D. | Docket Fees | $32.50 |

**TOTAL:** $1022.86

FURTHER THIS AFFIANT SAYETH NOT

Paul D. Reuvers

Subscribed and sworn to before me
this 2nd day of June, 2004

Notary Public
(STAMP AND/OR SEAL)

REBECCA J. EITREIM
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Elaine Samuels on behalf of her son, R.J., a minor,**

**Plaintiff,**

**v.**

**Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,**

**Defendants.**

**Civil No. 02-474 (JRT/SRN)**

**ORDER FOR DISMISSAL**

---

Robert Bennett and Eric Hageman, FLYNN, GASKINS & BENNETT, 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for plaintiffs

Terri L. Hommerding, CANDLIN & HECK, 380 St. Peter Street, Suite 603, St. Paul, MN 55102, for defendants ISD #279 and Bronson.

The Court, having reviewed all the files, records, and proceedings herein and being duly advised in the premises, does hereby make and enter the following Order:

IT IS HEREBY ORDERED that the Summons and Complaint is dismissed with prejudice pursuant to the Stipulation and agreement of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 9, 2004

s/John R. Tunheim
John R. Tunheim
United States District Court Judge

EXHIBIT
tabbies
A

**DIANE M. GROBE**
**Court Reporter**
**1930 Cardinal Drive**
**Shakopee, MN 55379**
**Phone: 952-445-0009 Fax: 952-445-0011**
**E-mail: Weldon@mn.rr.com**

Mr. Jason J. Kuboushek
Attorney at Law
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

Re: Elaine Samuels, on behalf of her son, R.J., a minor vs. Independent School District 279; City of Brooklyn Park; Lorenzo Bronson, professionally and individually; and W. Barritt, professionally and individually

February 11, 2003

---

| | |
|---|---|
| For One Copy of the Depositions of DARRELL DEAN MALONEY and LORENZO ARTIZ BRONSON, taken on the 11th day of February, 2003, in Minneapolis, Minnesota . . . . . . . . . . . . | $ 227.00 |

---

The Original Deposition will be sent to Mr. Hageman upon completion of the reading and signing.

Thank you,

Diane M. Grobe

** Terms: Net 30 days

MAKE CHECKS PAYABLE TO:
DIANE M. GROBE
SOC. SEC. NO. 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

EXHIBIT
B

TO: Iverson Reuvers, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

INVOICE NO.: 5855-MZ
DATE: January 17, 2003

BY: Paul D. Reuvers, Esq.

**PLEASE MAKE CHECK PAYABLE TO:**
**MICKY R. ZAPPA SS# 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**
**IN THE AMOUNT OF: $238.36**

RE: Elaine Samuels vs. ISD #279, et al.

DEPOSITION(S) OF: RICHARD JOHNSON and ELAINE SAMUELS
(One copy of each)

DATE TAKEN: January 10, 2003 NET 30 DAYS

---

**MICKY R. ZAPPA**
Diane M. Wright & Associates
**5365 Maple Ridge Court**
**Minneapolis, Minnesota 55343**

tabbies EXHIBIT C

**DIANE M. GROBE**
**Court Reporter**
**1930 Cardinal Drive**
**Shakopee, MN 55379**
**Phone: 952-445-0009 Fax: 952-445-0011**
**E-mail: Weldon@mn.rr.com**

Mr. Paul D. Reuvers
Attorney at Law
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

Re: Elaine Samuels, on behalf of her son, R.J., a minor vs. Independent School District 279; City of Brooklyn Park; Lorenzo Bronson, professionally and individually; and W. Barritt, professionally and individually

January 17, 2003

---

| | |
|---|---|
| For One Copy of the Deposition of WILLIAM BRENT BARRITT, taken on the 10th day of January, 2003, in Minneapolis, Minnesota | $ 252.00 |

---

The Original Deposition will be sent to Mr. Hageman upon completion of the reading and signing.

Thank you,

Diane M. Grobe

** Terms: Net 30 days

MAKE CHECKS PAYABLE TO:
DIANE M. GROBE
SOC. SEC. NO. 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

EXHIBIT
D