**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2004, I caused the following documents:

Bill of Costs
Affidavit of Paul D. Reuvers

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert Bennett
Eric W Hageman
Terri Lynn Hommerding
Paul D. Reuvers

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

n/a

Dated: June 3, 2004

IVERSON REUVERS, LLC

By s/Paul D. Reuvers
Paul D. Reuvers, #217700
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200