UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elaine Samuels, on behalf of her son, R. J., a minor, ,

Plaintiff,

vs.

Independent School District 279; City of Brooklyn Park; Lorenzo Bronson, professionally and individually; and W. Barritt, professionally and individually

Defendants.

Case No. 02-474-(JRT/SRN)

AFFIDAVIT OF ANDREW J. NOEL IN OPPOSITION TO DEFENDANTS' BILL OF COSTS

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Andrew J. Noel, being first duly sworn on oath, depose and state as follows:

1. I am one of the attorneys for plaintiff in the above-captioned matter and make this Affidavit in opposition to defendants William Barritt and the City of Brooklyn Park's Bill of Costs.

2. Under the United States State District Court for the District of Minnesota's procedure for taxing costs, deposition costs are generally allowed only when read into the record or received as evidence. Therefore, the deposition of Elaine Samuels, which was never made part of the record, is not be a taxable cost.

3. Defendants list the deposition transcript fee for Richard Johnson and Elaine Samuels as $238.26. This amount should be reduced by one-half for the non-taxable deposition of Elaine Samuels, entitling defendants to $119.18.

4. Plaintiff does not oppose the deposition transcript fees for Darrell Dean Maloney and Lorenzo Bronson totaling $227.00 and for William Barrett totaling $252.00.

5. The costs for photocopying in the amount of $273.00 are also not taxable, because there is no substantiating documentation as required by the Court's procedure for taxing costs. Therefore, $273.00 should be subtracted from the defendants' Bill of Costs.

6. The defendants are entitled to $30 in docket fees pursuant to 28 U.S.C. §1923. The defendants claim $32.50, however, $2.50 for the deposition of Elaine Samuels should be subtracted because it was not admitted into evidence.

7. Based on the foregoing, defendants are entitled to only $682.18 in costs.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Andrew J. Noel
Andrew J. Noel

Subscribed and sworn to before me
this 16th day of July, 2004.

s/ Sandra L. Barrett
Notary Public