# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2004, I electronically filed the foregoing with the clerk of the court by using the ECF.

**0:02-cv-474 Notice will be electronically mailed to:**

Robert Bennett rbennett@flynngaskins.com, sbarrett@flynngaskins.com
Eric W Hageman ehageman@flynngaskins.com, sbarrett@flynngaskins.com
Terri Lynn Hommerding terri.hommerding@stpaul.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants: N/A.

July 16, 2004

s/ Eric Hageman
258180
Attorney for Plaintiff
Flynn, Gaskins & Bennett, L.L.P.
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 333-9553
Fax: (612) 333-9579
ehageman@flynn.gaskins.com