**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Elaine Samuels, on behalf of her
son R.J., a minor,

Plaintiff, Civil No. 02-474 (JRT/SRN)

v.

City of Brooklyn Park,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $717.36 | $598.18 |
| Fees and Disbursements for Printing | $273.00 | $0 |
| Docket Fees Under 28 U.S.C. § 1923 | $32.50 | $30.00 |
| TOTAL: | $1,022.86 | $628.18 |

Costs, therefore, are taxed in the sum of Six Hundred and 18/100 Dollars ($628.18) in favor of Defendant City of Brooklyn Park, and against Plaintiff Elaine Samuels, on behalf of her son R.J., a minor and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 23, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk