# TAXATION OF COSTS SUMMARY

Civil No. 02-474 (JRT/SRN)

Elaine Samuels, on behalf of her
son R.J., a minor,

v.

City of Brooklyn Park.

---

I. Fees of the Court Reporter

Claimed $717.36 Allowed $598.18

Deposition of Elaine Samuels not shown to be necessarily obtained for use in the case.

II. Fees and Disbursements for Printing

Claimed $273.00 Allowed $0

Insufficient documentation to support fees and disbursement for printing.

III. Docket Fees Under 28 U.S.C. § 1923

Claimed $32.50 Allowed $30.00

Insufficient documentation for docket fee related to the deposition of Elaine Samuels.

**TOTAL ALLOWED: $628.18**

Dated: August 23, 2004