UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elaine Samuels, on behalf of her son, R. J., a minor,

Plaintiff,

vs.

Independent School District 279, City of Brooklyn Park, Lorenzo Bronson, professionally and individually, and W. Barritt, professionally and individually,

Defendants.

Court File: 02-CV-474 (JRT/SRN)

**SATISFACTION OF JUDGMENT**

---

Defendant City of Brooklyn Park hereby certifies that the judgment entered and docketed in the Court above named, in the action above entitled, on the 24th day of August, 2004, in favor of Defendant City of Brooklyn Park (judgment creditor) and against the Plaintiff for the sum of Six Hundred Twenty Eight Dollars and 18/100 ($628.18), has been paid and satisfied in full; and that the Clerk of District Court is hereby authorized to discharge said judgment of record.

IVERSON REUVERS

Dated: December 22, 2005

By /s Paul D. Reuvers__________
Paul D. Reuvers
Attorney for Defendant (Judgment Creditor)
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: (952) 548-7200
Attorney Reg. No. 217700